**MAYOR AND CITY COUNCIL,**
Plaintiff–Appellee,

v.

**Morer LEE, Defendant–Appellant,**

and

**Board of County Commissioners of Allegany County, Defendant.**

No. 06–1701.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 25, 2007.

Decided: Jan. 29, 2007.

Morer Lee, Appellant Pro Se. Michael Scott Cohen, Michael Scott Cohen, LLC, Cumberland, Maryland, for Appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Morer Lee seeks to appeal the district court's order remanding the civil action against him to state court for lack of federal jurisdiction. The district court's remand order is not reviewable. *See* 28 U.S.C. § 1447(d) (2000). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*DISMISSED.*